

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-398-CV

---

SAMUEL MUGENYI KADYEBO                                          APPELLANT

V.

THE TEXAS DEPARTMENT OF PUBLIC SAFETY                           APPELLEE

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On December 4, 2008, we notified appellant, in accordance with rules of appellate procedure 37.3.(b) and 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid and appellant paid or made arrangements to pay for preparation of the appellate record. *See* Tex. R. App. P. 37.3.(b), 42.3(c). Appellant has not paid the $175 filing fee or made arrangements to pay for the record. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c). Instead, he filed

---

[1] *See* Tex. R. App. P. 47.4.

"Appellant's Second Motion To Challenge Order Sustaining A Contest To Affidavit Of Indigence Alternatively Styled Appellant's Motion To Rehear Challenge To Order Sustaining A Contest To Affidavit Of Indigence."

We deny appellant's motion. Accordingly, because appellant has failed to comply with requirements of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: December 18, 2008

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).

2